No. 10-8205. Derek Anthony, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

562 U.S. 1239, 131 S. Ct. 1520, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1549.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8206. Vincent Anguiano, Petitioner v. James A. Yates, Warden.

562 U.S. 1239, 131 S. Ct. 1520, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1649.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8211. Mohammed Nabe, Petitioner v. United States.

562 U.S. 1239, 131 S. Ct. 1520, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1595.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-8212. Anthony Dehaney, aka Ewart Dehaney, aka Ewart Anthony Dehaney, Petitioner v. United States.

562 U.S. 1239, 131 S. Ct. 1521, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1546.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 393 Fed. Appx. 665.

No. 10-8214. Barrie Dempsey, Petitioner v. United States.

562 U.S. 1239, 131 S. Ct. 1521, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1587.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 652.

No. 10-8215. Julio Cesar Escobar-Mercado, Petitioner v. United States.

562 U.S. 1239, 131 S. Ct. 1521, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1634.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 43.

No. 10-8216. Cynthia Chavez, Petitioner v. United States.

562 U.S. 1239, 131 S. Ct. 1521, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1584.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 611 F.3d 1006.

No. 10-8217. Gary Culbertson, Petitioner v. Missouri.

562 U.S. 1239, 131 S. Ct. 1521, 179 L. Ed. 2d 340, 2011 U.S. LEXIS 1639.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.